### Gary W. PACKHAM, Appellant,

v.

### STATE of Missouri, Respondent.

No. WD 72442.

Missouri Court of Appeals, Western District.

Aug. 2, 2011.

Margaret Mueller Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Four: LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### ORDER

PER CURIAM:

Gary Packham appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).